FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0042

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0042

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JOHNATHAN ALBERT BERTSCH,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 16, 2024, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 13 2024